Kevin R. Crisp (Bar No. 97504)
  *kcrisp@hbblaw.com*
Renata L. Hoddinott (Bar No. 251714)
  *rhoddinott@hbblaw.com*
HAIGHT BROWN & BONESTEEL LLP
Three Embarcadero Center, Suite 200
San Francisco, California 94111
Telephone: 415.546.7500
Facsimile: 415.546.7505

Attorneys for Defendants Black & Decker (U.S.) Inc. erroneously named and served as DeWalt Industrial Tool Co.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUBO GIPSON,<br><br>    Plaintiff,<br><br>v.<br><br>BLACK & DECKER (U.S.) INC.,<br><br>    Defendant. | Case No. 3:16-CV-03114-LB<br><br>Assigned to: Hon. Laurel Beeler<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR EXPERT DISCLOSURES AND FACT DISCOVERY CUT-OFF**<br><br>Trial Date:    September 25, 2017 |

IT IS HEREBY STIPULATED by and between Plaintiff TUBO GIPSON ("Plaintiff"), and Defendant BLACK & DECKER (U.S.) INC. ("Black & Decker") by and through their respective attorneys of record:

WHEREAS:

- On September 15, 2016, the parties participated in an Initial Case Management Conference before Magistrate Beeler.

- On September 19, 2016, the Court issued a Case Management and Pre-Trial Order providing fact and expert discovery dates.

- The Case Management and Pre-Trial Order also provided for an ADR completion date of December 14, 2016.

SW05-0000390
12193073.1

1

Case No. 3:16-CV-03114-LB
STIPULATION AND [PROPOSED] ORDER FOR
EXPERT DISCLOSURES AND FACT
DISCOVERY CUT-OFF

- The parties previously stipulated to and participated in the ENE on January 12, 2017.
- Black & Decker was limited to one deposition prior to the ENE.
- In light of the January 12, 2017 ENE the parties are unable to complete fact and expert discovery based on the schedule set forth in the Case Management and Pre-Trial Order.

The parties stipulate as follows:

1. Initial expert disclosures will be exchanged by both parties on April 14, 2017.
2. Fact discovery cut-off is continued to April 14, 2017.
3. Rebuttal expert disclosures will be exchanged by both parties on April 28, 2017.
4. Expert discovery completion is continued to May 28, 2017.

**IT IS SO STIPULATED.**

Dated:  February 8, 2017                    LAW OFFICE OF NIKOLAUS W. REED


                                            By:    /s/
                                                Nikolaus W. Reed
                                                Attorneys for Plaintiff TUBO GIPSON

SW05-0000390
12193073.1

2

Case No. 3:16-CV-03114-LB
STIPULATION AND [PROPOSED] ORDER FOR
EXPERT DISCLOSURES AND FACT
DISCOVERY CUT-OFF

1 | Dated:  February 8, 2017          HAIGHT BROWN & BONESTEEL LLP

By:  _____/s/_____
      Kevin R. Crisp
      Renata L. Hoddinott
      Attorneys for Defendants Black & Decker
      (U.S.) Inc. erroneously named and served as
      DeWalt Industrial Tool Co.

## **ORDER**

Based on the stipulation of the parties, **IT IS HEREBY ORDERED** the Case Management and Pre-Trial Order is amended as follows:

1. Initial expert disclosures will be exchanged by both parties on April 14, 2017.
2. Fact discovery cut-off is continued to April 14, 2017.
3. Rebuttal expert disclosures will be exchanged by both parties on April 28, 2017.
4. Expert discovery completion is continued to May 28, 2017.

IT IS SO ORDERED.

\_\_\_02/09\_\_\_\_, 2017           _____
                                                          Judge of the District Court

SW05-0000390
12193073.1

3

Case No. 3:16-CV-03114-LB
STIPULATION AND [PROPOSED] ORDER FOR
EXPERT DISCLOSURES AND FACT
DISCOVERY CUT-OFF