Kevin R. Crisp (Bar No. 97504)
*kcrisp@lc-lawyers.com*
LESTER & CANTRELL, LLP
1770 Iowa Avenue, Suite 110
Riverside, California 92507
Telephone: 951.300.2690
Facsimile: 951.300.2694

Attorneys for Defendants Black & Decker (U.S.) Inc. erroneously named and served as DeWalt Industrial Tool Co.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUBO GIPSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BLACK & DECKER (U.S.) INC.,<br><br>　　　　Defendant. | Case No. 3:16-CV-03114-LB<br><br>Assigned to: Hon. Laurel Beeler<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW INTO COURT**, through undersigned counsel, comes Defendant Black & Decker (U.S.) Inc., and Plaintiff, Tubo Gipson, who, pursuant to the provisions of Federal Rule 41(a)(1), hereby give notice of the Parties agreed stipulation of dismissal, with prejudice, of all claims asserted against Defendant Black & Decker (U.S.) Inc., in the above-captioned Complaint previously filed by Plaintiff, Tubo Gipson in the United States District Court for the Northern District of California.

///

///

///

1.
**STIPULATION OF DISMISSAL WITH PREJUDICE**

**WHEREFORE PREMISES CONSIDERED**, the undersigned counsel respectfully request that the Court grant this their Stipulation of Dismissal With Prejudice and that each party bear its own costs incurred.

Dated: August   , 2017            **LESTER & CANTRELL, LLP**

By: _____
Kevin Crisp
Attorney for Defendant
BLACK & DECKER (U.S.) INC.

Dated: August   , 2017            **LAW OFFICE OF NIKOLAUS W. REED**

By: _____
Nikolaus W. Reed
135 10th Street
San Francisco, CA 94103
Attorney for Plaintiff Tubo Gipson

Dated: August   , 2017            **QUIRK LAW GROUP, APC**

By: _____
Logan Lambert Quirk
1295 W. Sunset Blvd.
Los Angeles, CA 90026
Attorney for Plaintiff Tubo Gipson

IT IS SO ORDERED
/s/ LB
Judge Laurel Beeler
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DATED: August 18, 2017